Official Form 17
(12/04)

# United States Bankruptcy Court

<u>Southern</u> District Of <u>New York</u>

[stamp: DEC 1 0 2007 U.S. DIST. OF NEW YORK]

In re <u>Colleen Strawbridge</u>
      Debtor

Case No. <u>06-13049</u>

Chapter <u>11</u>

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

<u>Colleen Strawbridge</u>, the plaintiff [*or defendant or* other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the <u>30th</u> day of <u>November</u> <u>2007</u>.
                                                                                                      (month)     (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Belkin, Wenig, & Goldman<br>Attorneys for 200 East 74 Owners Corp.<br>270 Madison Avenue, New York, New York<br>212-867-4466  Zip Code: 10016 | Fein, Such & Crane<br>Attorneys for Indymac Bank<br>7 Century Drive, Suite 201<br>Parsippany, New Jersey<br>07054  (973) 538-4700 |

Dated: ~~Friday, December 7,~~ 2007

Signed: *Colleen Strawbridge*
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: <u>Colleen Strawbridge, Attorney pro se</u>

Address: <u>200 EAST 74th Street Apartment 4C</u>

<u>New York City, New York 10021</u>

Telephone No: <u>212-452-2572</u>

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*