*UNITED STATES BANKRUPTCY COURT*
*SOUTHERN DISTRICT OF NEW YORK*
-------------------------------------------------------X

*In re:* **Colleen Strawbridge**

-------------------------------------------------------X

FROM: KATHLEEN FARRELL-WILLOUGHBY, CLERK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

TO: J.MICHAEL MCMAHON, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*ORDER OF DISMISSAL*
*FOR*
*FAILURE TO PROSECUTE*
*BANKRUPTCY APPEAL*

08-CV-174 (BSJ)

IN RE: Colleen Strawbridge
DATE OF FILING NOTICE OF APPEAL: 12/10/2007

BANKRUPTCY CASE: **06-13049 (JMP)**

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

    X  FRBP 8006
    ___ Federal Rules of Civil Procedure (Rule _____ )
    X  28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
    ___ Rule 8007-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated: **March 28, 2008**
New York, New York

Internal Control #: 26

Kathleen Farrell-Willoughby, Clerk
U.S. Bankruptcy Court, SDNY

By: _____
Deputy Clerk

*ORDER*

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _April 3_ 20 _08_
New York, New York

_____
Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____

J.Michael McMahon, Clerk
District Court, SDNY

By: _____
Deputy Clerk